[No. 4230.   Decided September 9, 1902.]

HANNAH M. BENSON, *Respondent*, *v.* O. A. THOMPSON *et ux.*, *Appellants.*

Appeal from Superior Court, Lincoln County.—Hon. CHARLES H. NEAL, Judge. Affirmed.

*Martin & Grant*, for appellants.

*Myers & Warren*, for respondent.

PER CURIAM.—This is a companion case to *Thompson v. Benson*, No. 4236, just decided, and its decision involves only a question of costs. We think, however, that the complaint filed authorized the court to grant the restraining order and that the court was justified in not dissolving the same. The judgment will, therefore, be affirmed.